UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RAS OMEIL NOVADO MORGAN,

        Plaintiff,

  v.

CITY UNIVERSITY OF NEW YORK (CUNY),
CUNY BOARD OF TRUSTEES, CHANCELLOR
JAMES MILLIKEN, PRESIDENT RUDOLPH L.
CREW, SYLVIA KINARD, ASST. DIRECTOR
JERRY HOFFMAN, AND DIRECTOR VICTOR
STEVENS,

        Defendants.
------------------------------------------------------------ X

JUDGMENT
18-CV-2714 (WFK) (LB)

A Decision and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on December 17, 2019, granting Defendants' motion to dismiss in its entirety; it is

ORDERED and ADJUDGED that Defendants' motion to dismiss is granted in its entirety.

Dated: Brooklyn, NY
      December 18, 2019

Douglas C. Palmer
Clerk of Court

By:   /s/*Jalitza Poveda*
Deputy Clerk